IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Woodard, Dorothy J

Printed: 01/06/09

Case Number: 08 B 22316
Judge: Wedoff, Eugene R
Filed: 8/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 13, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 2. | Merrick Bank | Unsecured | 179.96 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 158.43 | 0.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 100.20 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 122.12 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 42.65 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 15.73 | 0.00 |
| 8. | First National Bank | Unsecured | | No Claim Filed |
| 9. | Check N Go | Unsecured | | No Claim Filed |
| 10. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 11. | Payday Loan | Unsecured | | No Claim Filed |
| 12. | Sun Cash | Unsecured | | No Claim Filed |
|  |  |  | $ 619.09 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Woodard, Dorothy J | Case Number:  08 B 22316 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/06/09 | Filed:  8/25/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

